# Exhibit 1

[CONTENTS FILED UNDER SEAL]