## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sharon J. Coleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 1973 | **DATE** | 4/4/2012 |
| **CASE TITLE** | Deckers Outdoor Corporation vs. Does 1-1,281 d/b/a the aliases identified on Schedule A | | |

**DOCKET ENTRY TEXT**

Enter Sealed Order. This temporary restraining order without notice is entered at 4:45 p.m on April 4, 2012 and shall remain in effect for (14) fourteen days.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | KG |
|---|---|---|

12C1973 Deckers Outdoor Corporation vs. Does 1-1,281 d/b/a the aliases identified on Schedule A                    Page 1 of 1